880

No. 77–81.  NIXON v. DELLUMS ET AL.  C. A. D. C. Cir. Certiorari denied.  MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 77–131.  DELAWARE STATE BOARD OF EDUCATION ET AL. v. EVANS ET AL.;

No. 77–223.  CLAYMONT SCHOOL DISTRICT ET AL. v. EVANS ET AL.;

No. 77–235.  NEWARK SCHOOL DISTRICT v. EVANS ET AL.;

No. 77–236.  NEW CASTLE-GUNNING BEDFORD SCHOOL DISTRICT v. EVANS ET AL.; and

No. 77–239.  MARSHALLTON-McKEAN SCHOOL DISTRICT v. EVANS ET AL.  C. A. 3d Cir.  Certiorari denied.  THE CHIEF JUSTICE, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST would grant petitions for writs of certiorari, vacate the judgment, and remand the cases for further consideration in light of *Dayton Board of Education* v. *Brinkman*, 433 U. S. 406 (1977).  MR. JUSTICE MARSHALL and MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.  Reported below: 555 F. 2d 373.

No. 77–136.  ALDENS, INC. v. LAFOLLETTE, ATTORNEY GENERAL OF WISCONSIN, ET AL.  C. A. 7th Cir.  Motion of Direct Mail/Marketing Assn., Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 75–442.  POELKER, MAYOR OF ST. LOUIS, ET AL. v. DOE, 432 U. S. 519;

No. 75–1578.  WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA v. SYKES, 433 U. S. 72; and

No. 75–1805.  JEFFERS v. UNITED STATES, 432 U. S. 137. Petitions for rehearing denied.